UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERRICK PASCO,

    Plaintiff,

v.                                                          Case No. 3:22cv559-LC-HTC

NURSE A. CARTER,
  NURSE D. MCCLOUD, and
  NURSE L. DAVIS,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 13, 2022 (ECF No. 9), recommending dismissal of Plaintiff's amended complaint (ECF Doc. 8) for failure to state a claim. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have conducted a *de novo* review of Plaintiff's timely filed objections

Having considered the Report and Recommendation and the objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:22cv559-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2. Plaintiff's amended complaint (ECF Doc. 8) is DISMISSED WITHOUT PREJUDICE for failure to state a claim.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 3rd day of June, 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv559-LC-HTC